UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

SOLOMON MICHAEL RUBIN                             Case No. 6:09-bk-
KELLI LEIGH RUBIN,

      Debtors.                                            Chapter 7
_____/

DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

      The undersigned, Solomon Michael Rubin and Kelli Leigh Rubin, declare under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_____                _____
Signature of Debtor                            Signature of Joint Debtor
or other claimant

Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition - Chapter 7 | 02/10/2010 |
| Exhibit D- Individual Debtor's Statement of Compliance with Credit Counseling Requirement | 02/10/2010 |

g:\S010\Declaration

| | |
|---|---|
| Summary and Schedules A-J | 02/10/2010 |
| Statement of Financial Affairs | 02/10/2010 |
| Individual Debtor's Statement of Intentions | 02/10/2010 |
| Notice to Consumer Debtor Under Section 342(b) of the Bankruptcy Code | 02/10/2010 |
| Chapter 7 Statement of Current Monthly Income and Means-Test Calculation | 02/10/2010 |
| Statement of Social Security Numbers | 02/10/2010 |