## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

IN RE:

CASE NO: 6:10-bk-02275-ABB
CHAPTER 7 CASE

Solomon Michael Rubin a/k/a Mike Rubin
and Kelli Leigh Rubin,
    Debtor(s).

### NOTICE OF APPEARANCE

GMAC Mortgage, LLC, its Successors and/or Assigns, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**REKA BEANE, ESQUIRE**
**LAW OFFICES OF DAVID J. STERN, P.A.**
**900 SOUTH PINE ISLAND ROAD, SUITE 400**
**PLANTATION, FL 33324-3920**

Dated this  4th  day of March, 2010.

        LAW OFFICES OF DAVID J. STERN, P.A.
        Attorney for Secured Creditor
        900 South Pine Island Road, Suite 400
        Plantation, FL 33324-3920
        Phone: (954) 233-8000 ext. 1879
        Fax:    (954) 233-8630


        /s/ Reka Beane
        REKA BEANE
        FBN 52919

     **I HEREBY CERTIFY** that a copy of the foregoing Notice of Appearance has been served either by electronic transmission or by United States first class mail postage prepaid to the following:

Solomon Michael Rubin a/k/a Mike Rubin
9103 Integra Meadows Drive
Apt. 106
Davenport, FL 33896

Kelli Leigh Rubin
Post Office Box 2529
Goldenrod, FL 32733

Gene T Chambers, Trustee
Post Office Box 533987
Orlando, FL 32853

U.S. Trustee
United States Trustee - ORL7
135 W Central Blvd., Suite 620
Orlando, FL 32801

Kenneth D Herron, Jr, Esq.
1851 West Colonial Drive
Orlando, FL 32804


this __4th__ day of March, 2010.

                                          LAW OFFICES OF DAVID J. STERN, P.A.
                                          Attorney for Secured Creditor
                                          900 South Pine Island Road, Suite 400
                                          Plantation, FL 33324-3920
                                          Phone: (954) 233-8000 ext. 1879
                                          Fax:   (954) 233-8630



                                          /s/ Reka Beane
                                          REKA BEANE
                                          FBN 52919


CASE #: 6:10-bk-02275-ABB
09-98188 (GMAP).noa