[6ord23] [ORDER DETERMINING DEBTOR COMPLIANCE WITH FILING REQUIREMENTS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                          Case No. 6:10–bk–02275–ABB
                                                                                                Chapter 7

Solomon Michael Rubin
aka Mike Rubin
9103 Integra Meadows Drive
Apt. 106
Davenport, FL 33896

Kelli Leigh Rubin
Post Office Box 2529
Goldenrod, FL 32733


_____Debtor(s)_____/


ORDER DETERMINING DEBTOR'S
COMPLIANCE WITH FILING REQUIREMENTS OF SECTION 521(a)

   Pursuant to 11 U.S.C. §§ 521(i)(1), if an individual debtor in a voluntary case under Chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §§ 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the debtor has complied with the information filing requirements of 11 U.S.C. §§ 521(a).

   Accordingly, it is

   ORDERED:

   1. This case is not subject to automatic dismissal under 11 U.S.C. §§ 521(i)(1) or (2).

   2. If any party has any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. §§ 521(a), they shall file a Motion for Reconsideration not later than 21 days from the date of this order, and serve such motion on the trustee, debtor and debtor's counsel, if any. The motion should specifically identify the information and document(s) required by 11 U.S.C. §§ 521(a) that the debtor has failed to file.

   DONE AND ORDERED on March 4, 2010 .

                                                                                            _____
                                                                                            Arthur B. Briskman
                                                                                            United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: gsusan               Page 1 of 1             Date Rcvd: Mar 04, 2010
Case: 10-02275                Form ID: 6ord23            Total Noticed: 24

The following entities were noticed by first class mail on Mar 06, 2010.
db         +Solomon Michael Rubin,    9103 Integra Meadows Drive,    Apt. 106,   Davenport, FL 33896-7815
jdb        +Kelli Leigh Rubin,    Post Office Box 2529,    Goldenrod, FL 32733-2529
17757624    Aloma Self storage,    Aloma Avenue,    Oviedo, FL
17754259   +American Express,    c/o Becket and Lee LLP,    Po Box 3001,    Malvern, PA 19355-0701
17754261   +Bentley Green,    Bentley Homeowners Assoc Inc,    845 Bentley Green Circle,    32708-4349
17754262   +Capital 1 Bank,    Attn: American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
17754263   +Dell Financial Services,    Attn: Bankruptcy Dept.,    Po Box 81577,    Austin, TX 78708-1577
17754265   +Expo/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
17754266   +Express,    NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
17757621    Florida Department of Revenue,    Bankruptcy Unit,    Post Office Box 6668,
             Tallahassee FL 32314-6668
17754267   +Freedom Road Financial,    10605 Double R Blv,    Reno, NV 89521-8920
17754268   +GMAC,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,    Fort Washington, PA 19034-3204
17757625    Hertz rental Car, Inc.,    Orlando, FL
17757622   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:   Internal Revenue Service,    Post Office Box 21126,
             Philadelphia PA 19114)
17757626    Integra Meadows Apartment,    Davenport, FL
17754270   +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
17754271   +Riverside Bank,    PO Box 4838,    Winter Park, FL 32793-4838
17754272   +Visdsnb,    Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
17754274   +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510
The following entities were noticed by electronic transmission on Mar 04, 2010.
17754260    E-mail/Text: bankruptcy@bbandt.com                           BB&T Bank,    PO Box 1793,
             Charleston, WV 25326
17754264   +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 05 2010 01:57:55     Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
17757623   +E-mail/Text: bankruptcynoticing@polktaxes.com                           Joe G Tedder,
             Delinquency and Enforcement,    Post Office Box 2016,    Bartow FL 33831-2016
17754269   +E-mail/Text: ebn@phinsolutions.com                           Law Offices of,   Mitchell N. Kay, PC,
             7 Penn Plaza,    New York, NY 10001-3995
17754273   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 05 2010 01:57:53     Vzw Ne,
             Atten: Verizon Wireless Dept,    Po Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2010**               **Signature:**   *Joseph Speetjens*