UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

In re:
Solomon Michael Rubin a/k/a Mike Rubin
and Kelli Leigh Rubin,
      Debtor(s).

Case No. 6:10-bk-02275-ABB
Chapter 7 Case

GMAC MORTGAGE, LLC'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

**Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your Objection with the Clerk of the Court at 135 W. Central Boulevard, Suite 950, Orlando, FL 32801, and serve a copy on the movant's attorney, Reka Beane, at Law Offices of David J. Stern, P.A., 900 South Pine Island Road, Suite 400, Plantation, FL 33324.**

**If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

      **COMES NOW,** GMAC Mortgage, LLC, its Successors and/or Assigns ("Secured Creditor"), by and through its undersigned counsel, as and for its Motion for Relief from the Automatic Stay, and states as follows:

      1.    The Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, FRBP 4001(a) and the various other applicable provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the laws of the United States of America.

      2.    The Debtor(s) filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on February 16, 2010.

      3.    Secured Creditor holds a security interest in the Debtor(s)' real property located at 887 Bentley Green Circle, Winter Springs, Florida 32708, by virtue of a Mortgage which is recorded in the Public Records of Seminole County, Florida in Book 05761 at Page 1123. Said Mortgage secures a Note in the amount of $367,200.00. Copies of the relevant loan documents are attached hereto as Exhibit "A".

4. The aforementioned Mortgage gives Secured Creditor a first mortgage position on property legally described as:

**LOT 31, OF BENTLEY CLUB AT BENTLEY GREEN, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 35, 36 AND 37, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.**

5. Upon information and belief, said property has not been claimed exempt by the Debtor(s). The property has been abandoned by the Trustee.

6. The Debtor(s) is/are indebted to Secured Creditor in the amount of $367,200.00 principal balance, with interest accruing at the rate of $59.10 *per diem*, plus other fees and costs advanced by the mortgagee pursuant to the loan documents. See Affidavit of Indebtedness attached hereto.

7. Payments pursuant to the aforementioned Mortgage have been in default, and remain in default, since July 1, 2009.

8. Thus, the Debtor(s) has/have failed to adequately protect the interest of Secured Creditor.

9. Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtor(s)' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such security interest.

10. Therefore, Secured Creditor maintains that cause exists pursuant to 11 U.S.C. § 362(d)(1) for the automatic stay to be lifted.

11. Secured Creditor further requests that the Court Order entered pursuant to the instant Motion provide that all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

12. Pursuant to 11 U.S.C. § 362(e), Secured Creditor hereby requests that in the event a hearing is necessary, that said hearing be held within thirty (30) days.

13. Secured Creditor has incurred attorneys' fees and costs as a result of the necessity of filing this Motion. Secured Creditor's attorneys' fees and costs are recoverable as part of the debt pursuant to the loan documents.

**WHEREFORE**, Secured Creditor respectfully requests that the automatic stay be lifted so that Secured Creditor may be permitted to protect its security interest in the Debtor(s)' property outside of the bankruptcy forum, that in the event that a hearing is necessary on this Motion that said hearing be held within thirty (30) days, that Secured Creditor's attorneys' fees and costs incurred in filing this Motion be recoverable as part of the debt pursuant to the loan documents under the remedies available therein but shall not be a personal liability of the Debtor, and for such other and further relief as the Court may deem just and proper.

Respectfully Submitted:

Law Offices of David J. Stern, P. A.
Attorney for GMAC Mortgage, LLC
900 South Pine Island Road, Suite 400
Plantation, FL 33324-3920
Phone: (954) 233-8000 / Extension 1879
Fax:    (954) 233-8630


/s/ Reka Beane
Reka Beane
FBN 52919

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay was served electronically or by U.S. mail, first-class postage prepaid, to:

Solomon Michael Rubin a/k/a Mike Rubin
9103 Integra Meadows Drive
Apt. 106
Davenport, FL 33896

Kelli Leigh Rubin
Post Office Box 2529
Goldenrod, FL 32733

Gene T Chambers, Trustee
Post Office Box 533987
Orlando, FL 32853

U.S. Trustee
United States Trustee - ORL7
135 W Central Blvd., Suite 620
Orlando, FL 32801

Kenneth D Herron, Jr., Esq.
1851 West Colonial Drive
Orlando, FL 32804

This  29th  day of March, 2010.

                                              Respectfully Submitted:

                                              Law Offices of David J. Stern, P. A.
                                              Attorney for GMAC Mortgage, LLC
                                              900 South Pine Island Road, Suite 400
                                              Plantation, FL 33324-3920
                                              Phone: (954) 233-8000 / Extension 1879
                                              Fax:    (954) 233-8111


                                              /s/ Reka Beane
                                              Reka Beane
                                              FBN 52919

09-98188 (GMAP).mfr