## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

In re:

Solomon Michael Rubin a/k/a Mike Rubin
and Kelli Leigh Rubin,
        Debtor(s).

Case No. 6:10-bk-02275-ABB
Chapter 7 Case

## ORDER LIFTING THE AUTOMATIC STAY
## IN FAVOR OF GMAC MORTGAGE, LLC

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay

(Docket #13) filed by GMAC Mortgage, LLC, its Successors and/or Assigns ("Secured

Creditor") and there being no objections to the entry of this Order, and the Court being otherwise

more fully advised in the premises, it is:

**ORDERED**:

1.      Secured Creditor's Motion for Relief from the Automatic Stay is Granted.

2.      The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real

property located at 887 Bentley Green Circle, Winter Springs, Florida 32708, legally described

as:

**LOT 31, OF BENTLEY CLUB AT BENTLEY GREEN, ACCORDING TO
THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 35, 36
AND 37, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY,
FLORIDA.**

3.      This Order lifting the automatic stay is entered for the sole purpose of allowing

GMAC Mortgage, LLC, its Successors and/or Assigns to pursue its lawful *in rem* remedies as to

the above-described property and said creditor shall neither seek nor obtain an *in personam*

judgment against the Debtor(s).

   **DONE AND ORDERED** in Orlando, Florida on April 23, 2010.



_____
Arthur B. Briskman
United States Bankruptcy Judge

Copies furnished to:

Reka Beane, Esq., Attorney for GMAC Mortgage, LLC, Law Offices of David J. Stern, P.A., 900 South Pine Island Road, Suite 400, Plantation, FL 33324-3920

Solomon Michael Rubin a/k/a Mike Rubin, 9103 Integra Meadows Drive, Apt. 106, Davenport, FL 33896

Kelli Leigh Rubin, Post Office Box 2529, Goldenrod, FL 32733

Gene T Chambers, Trustee, Post Office Box 533987, Orlando, FL 32853

U.S. Trustee, United States Trustee - ORL7, 135 W Central Blvd., Suite 620, Orlando, FL 32801

Kenneth D Herron, Jr., Esq., Attorney for the Debtor(s), 1851 West Colonial Drive, Orlando, FL 32804

09-98188 (GMAP).mfr