**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION**

In re:
Solomon Michael Rubin a/k/a Mike Rubin
and Kelli Leigh Rubin,
    Debtor(s).

Case No. 6:10-bk-02275-ABB
Chapter 7 Case

**ORDER LIFTING THE AUTOMATIC STAY**
**IN FAVOR OF GMAC MORTGAGE, LLC**

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay (Docket #13) filed by GMAC Mortgage, LLC, its Successors and/or Assigns ("Secured Creditor") and there being no objections to the entry of this Order, and the Court being otherwise more fully advised in the premises, it is:

**ORDERED**:

1.    Secured Creditor's Motion for Relief from the Automatic Stay is Granted.

2.    The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 887 Bentley Green Circle, Winter Springs, Florida 32708, legally described as:

> **LOT 31, OF BENTLEY CLUB AT BENTLEY GREEN, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 35, 36 AND 37, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing GMAC Mortgage, LLC, its Successors and/or Assigns to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

**DONE AND ORDERED** in Orlando, Florida on April 23, 2010.



Arthur B. Briskman
United States Bankruptcy Judge

Copies furnished to:

Reka Beane, Esq., Attorney for GMAC Mortgage, LLC, Law Offices of David J. Stern, P.A., 900 South Pine Island Road, Suite 400, Plantation, FL 33324-3920

Solomon Michael Rubin a/k/a Mike Rubin, 9103 Integra Meadows Drive, Apt. 106, Davenport, FL 33896

Kelli Leigh Rubin, Post Office Box 2529, Goldenrod, FL 32733

Gene T Chambers, Trustee, Post Office Box 533987, Orlando, FL 32853

U.S. Trustee, United States Trustee - ORL7, 135 W Central Blvd., Suite 620, Orlando, FL 32801

Kenneth D Herron, Jr., Esq., Attorney for the Debtor(s), 1851 West Colonial Drive, Orlando, FL 32804

09-98188 (GMAP).mfr

# CERTIFICATE OF NOTICE

```
District/off: 113A-6          User: okim              Page 1 of 1              Date Rcvd: Apr 23, 2010
Case: 10-02275                Form ID: pdfdoc         Total Noticed: 2

The following entities were noticed by first class mail on Apr 25, 2010.
db          +Solomon Michael Rubin,    9103 Integra Meadows Drive,    Apt. 106,    Davenport, FL 33896-7815
jdb         +Kelli Leigh Rubin,    Post Office Box 2529,    Goldenrod, FL 32733-2529

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2010**                    **Signature:**   *Joseph Speetjens*