UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

SOLOMON MICHAEL RUBIN    Case No. 6:10-bk-02275-ABB
KELLI LEIGH RUBIN,

    Debtors.    Chapter 7
_____/

### NOTICE OF CHANGE OF NAME AND ADDRESS OF DEBTOR

    Kelli Leigh Rubin, the above-named Debtor, by and through her undersigned attorneys, notify the court of her change of name and address as follows:

    Kelli Leigh Carr
    1516 Farrindon Circle
    Heathrow, FL 32746

    /s/ Kenneth D. (Chip) Herron, Jr.
    Kenneth D. (Chip) Herron, Jr.
    Florida Bar No. 699403
    Wolff, Hill, McFarlin & Herron, P. A.
    1851 W. Colonial Drive
    Orlando, Florida  32804
    Telephone: (407) 648-0058
    Facsimile: (407) 648-0681
    Email: kherron@whmh.com

    Attorneys for the Debtors

Certificate of Service

    I certify that a copy of the foregoing was furnished on April 29, 2010 to all parties on the attached matrix.

    /s/ Kenneth D. (Chip) Herron, Jr.
    Kenneth D. (Chip) Herron, Jr.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:09-bk-02275-KSJ<br>Middle District of Florida<br>Orlando<br>Thu Apr 29 08:46:03 EDT 2010 | Amex<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | Applied Bnk<br>PO Box 17120<br>Wilmington DE  19886 7120 |
| Andrew C Baron<br>Law Office of Andrew Baron<br>1803 East Kaley Street<br>Orlando, FL 32806-3143 | Basspro/Gemb<br>Po Box 981439<br>El Paso, TX 79998-1439 | Bk Of Amer<br>4060 Ogletown/Stan<br>Newark, DE 19713 |
| Cap One<br>Pob 30281<br>Salt Lake City, UT 84130-0281 | Carecrd/Gemb<br>Po Box 981439<br>El Paso, TX 79998-1439 | Chase<br>Bank One Card Serv<br>Westerville, OH 43081 |
| Chase Home Finance LLC<br>P.O. Box 25018<br>Tampa, FL 33622-5018 | Chase Mort<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Chevron<br>PO Box 2001<br>Concord, CA 94529-0001 |
| Chevron<br>Pob 5010<br>Concord, CA 94524-0010 | Citgo<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Citimortgage<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 |
| Crdt First<br>Pob 81083<br>Cleveland, OH 44181-0083 | David & Susan Watson<br>820 Sheoah Circle<br>Winter Springs, FL 32708-2012 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Gembppbycr<br>Po Box 981400<br>El Paso, TX 79998-1400 | Marie E. Henkel<br>3560 South Magnolia Avenue<br>Orlando, FL 32806-6214 | Indep Svg Pl<br>6420 Benjamin Rd<br>Tampa, FL 33634-5199 |
| JC Penney<br>PO Box 960090<br>Orlando, FL 32896-0090 | John Coville<br>c/o Paul White Davis<br>1099 W Morse Blvd<br>Winter Park, FL 32789-3741 | Lane Bryant<br>450 Winks Lane<br>Bensalem, PA 19020-5932 |
| Lvnv Funding<br>P.O. B   10584<br>Greenville, SC 29603-0584 | Nuvell Credit Company LLC<br>c/o Robert S. Hoofman, Esq.<br>Post Office Box 3146<br>Orlando, FL 32802-3146 | Nuvell Credt<br>Po Box 2150<br>Greeley, CO 80632-2150 |
| Recovery Management Systems Corporation<br>Attn Ramesh Singh<br>25 SE 2nd Ave Ste 1120<br>Miami, Fl 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Rmb Inc<br>409 Bearden Park Cr<br>Knoxville, TN 37919-7448 |

```
Sams Club                          Seminole County Tax Collector     South Seminole Regional Hosp
PO Box 981287                      Attn:  Ray Valdes                 555 W SR 434
El Paso, TX 79998-1287             Post Office Box 630               Longwood, FL 32750-5119
                                   Sanford FL 32772-0630


Sst/Columbus                       Gavin Stewart                     Target N.B.
4315 Pickett                       Florida Default Law Group PL      Po Box 673
Saint Joseph, MO 64503-1600        PO Box 25018                      Minneapolis, MN 55440-0673
                                   Tampa, FL 33622-5018


Thd/Cbsd                           Andrew S. Thornton                Angela D. Thornton
Po Box 6497                        704 Galloway Drive                704 Galloway Drive
Sioux Falls, SD 57117-6497         Winter Springs, FL 32708-2203     Winter Springs, FL 32708-2203


United States Trustee - ORL7       Univ Mtg Crp                      Us Bank
135 W Central Blvd., Suite 620     12080 North Corpor                425 Walnut Street
Orlando, FL 32801-2440             Mequon, WI 53092-2600             Cincinnati, OH 45202-3989
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Karen S. Jennemann              End of Label Matrix
Orlando                            Mailable recipients    41
                                   Bypassed recipients     1
                                   Total                  42
```