UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

SOLOMON MICHAEL RUBIN              Case No. 6:10-bk-02275-ABB
KELLI LEIGH RUBIN,

   Debtors.                            Chapter 7
_____/

## NOTICE OF CHANGE OF NAME AND ADDRESS OF DEBTOR

Kelli Leigh Rubin, the above-named Debtor, by and through her undersigned attorneys, notify the court of her change of name and address as follows:

Kelli Leigh Carr
1516 Farrindon Circle
Heathrow, FL 32746

/s/ Kenneth D. (Chip) Herron, Jr.
Kenneth D. (Chip) Herron, Jr.
Florida Bar No. 699403
Wolff, Hill, McFarlin & Herron, P. A.
1851 W. Colonial Drive
Orlando, Florida  32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681
Email: kherron@whmh.com

Attorneys for the Debtors

Certificate of Service

I certify that a copy of the foregoing was furnished on April 29, 2010 to all parties on the attached matrix.

/s/ Kenneth D. (Chip) Herron, Jr.
Kenneth D. (Chip) Herron, Jr.

```
Label Matrix for local noticing      Aloma Self Storage                    American Express
113A-6                               Aloma Avenue                          c/o Becket and Lee LLP
Case 6:10-bk-02275-ABB               Oviedo, FL                            Po Box 3001
Middle District of Florida                                                 Malvern, PA 19355-0701
Orlando
Thu Apr 29 09:10:06 EDT 2010

(p)BB AND T                          Reka Beane                            Bentley Green
PO BOX 1847                          Law Offices of David J Stern PA       Bentley Homeowners Assoc Inc
WILSON NC 27894-1847                 900 South Pine Island Road            845 Bentley Green Circle
                                     Suite 400                              32708-4349
                                     Plantation, FL 33324-3920

Capital 1 Bank                       Gene T Chambers                       Dell Financial Services
Attn: American Infosource            Post Office Box 533987                Attn: Bankruptcy Dept.
Po Box 54529                         Orlando, FL 32853-3987                Po Box 81577
Oklahoma City, OK 73154-1529                                               Austin, TX 78708-1577

Discover Fin Svcs Llc                Expo/cbsd                             Express
Po Box 15316                         Po Box 6497                           NCO Financial Systems, Inc.
Wilmington, DE 19850-5316            Sioux Falls, SD 57117-6497            507 Prudential Road
                                                                           Horsham, PA 19044-2368

Florida Department of Revenue        Freedom Road Financial                GMAC
Bankruptcy Unit                      10605 Double R Blv                    Attention: Bankruptcy Dept.
Post Office Box 6668                 Reno, NV 89521-8920                   1100 Virginia Drive
Tallahassee FL 32314-6668                                                  Fort Washington, PA 19034-3204

GMAC Mortgage, LLC                   Kenneth D Herron Jr                   Hertz rental Car, Inc.
Law Offices of David J. Stern, P.A.  1851 West Colonial Drive              Orlando, FL
c/o Reka Beane, Esq.                 Orlando, FL 32804-7013
900 S Pine Island Road, Suite 400
Plantation, FL 33324-3920

Integra Meadows Apartment            (p)INTERNAL REVENUE SERVICE           Joe G Tedder
Davenport, FL                        CENTRALIZED INSOLVENCY OPERATIONS     Delinquency and Enforcement
                                     PO BOX 21126                          Post Office Box 2016
                                     PHILADELPHIA PA 19114-0326            Bartow FL 33831-2016

Law Offices of                       Macys/fdsb                            Riverside Bank
Mitchell N. Kay, PC                  Macy's Bankruptcy                     PO Box 4838
7 Penn Plaza                         Po Box 8053                           Winter Park, FL 32793-4838
New York, NY 10001-3995              Mason, OH 45040-8053

Kelli Leigh Rubin                    Solomon Michael Rubin                 United States Trustee - ORL7
Post Office Box 2529                 9103 Integra Meadows Drive            135 W Central Blvd., Suite 620
Goldenrod, FL 32733-2529             Apt. 106                              Orlando, FL 32801-2440
                                     Davenport, FL 33896-7815

Visdsnb                              Vzw Ne                                Wells Fargo
Bankruptcy                           Atten: Verizon Wireless Dept          Po Box 60510
6356 Corley Rd                       Po Box 3397                           Los Angeles, CA 90060-0510
Norcross, GA 30071-1704              Bloomington, IL 61702-3397
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BB&T Bank  
PO Box 1793  
Charleston, WV 25326

Internal Revenue Service  
Post Office Box 21126  
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Arthur B. Briskman  
Orlando

End of Label Matrix  
Mailable recipients    29  
Bypassed recipients     1  
Total                  30