UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

SOLOMON MICHAEL RUBIN
KELLI LEIGH CARR,
f/k/a KELLI LEIGH RUBIN,

Case No. 6:10-bk-02275-ABB

Debtors.

Chapter 7

## AMENDMENT TO SCHEDULE F

The Debtors amend schedule F filed in their bankruptcy case to INCLUDE the following:

| Creditor | Husband Wife Joint Community | Consideration | Amount |
|---|---|---|---|
| Progress Energy Service Company, LLC 1451 Military Cutoff Rd. Wilmington, NC 28403 | Husband | | $913.55 |

*This debt is disputed.*

We, Solomon Michael Rubin and Kelli Leigh Carr, certify under penalty of perjury that the foregoing information is true and correct to the best of our knowledge, information and belief.

_____
Solomon Michael Rubin

_____
Kelli Leigh Carr

O:\5010\Amendment F.wpd

## Certificate of Service

I certify that on May 28, 2010, the following parties were served the foregoing amendment to schedule F, along with a copy of the notice of Chapter 7 bankruptcy case, meeting of creditors and deadlines, by United States first class mail, postage prepaid, or by electronic mail:

Progress Energy Service Company, LLC, Attn: Phyllis T. Johnson, Associate Claims Specialist, 1451 Military Cutoff Rd., Wilmington, NC 28403

Gene T. Chambers, Trustee, Post Office Box 533987, Orlando, FL 32853

United States Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801

/s/ Kenneth D. (Chip) Herron, Jr.
Kenneth D. (Chip) Herron, Jr.
Florida Bar No. 699403
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Fax: (407) 648-0681
Email: kherron@whmh.com

Attorneys for the Debtors

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## MIDDLE DISTRICT OF FLORIDA

In re    **Solomon Michael Rubin,**
         **Kelli Leigh Rubin**
                                Debtors

Case No. **6:10-bk-02275**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 350,000.00 | | |
| B - Personal Property | Yes | 4 | 33,603.52 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 495,977.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 84,879.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 8,466.35 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | 7,665.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 383,603.52 | | |
| Total Liabilities | | | | 580,856.85 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## MIDDLE DISTRICT OF FLORIDA

In re    **Solomon Michael Rubin,**                             Case No.   **6:10-bk-02275**
       **Kelli Leigh Rubin**
                                                      Debtors                 Chapter     **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |