**[67not01]** [Notice Fixing Times...Chapter 7 No Asset]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:	Case No. 6:10−bk−02275−ABB
	Chapter 7

Solomon Michael Rubin
aka Mike Rubin
9103 Integra Meadows Drive
Apt. 106
Davenport, FL 33896

Kelli Leigh Carr
1516 Farrindon Circle
Heathrow, FL 32746


_____Debtor(s)_____/

NOTICE FIXING TIME FOR ADDITIONAL CREDITORS TO FILE A
COMPLAINT TO EXCEPT DEBTOR FROM DISCHARGE AND/OR TO FILE OBJECTIONS TO DISCHARGE

   The debtor having filed herein on May 28, 2010 , an amended list of creditors in schedule D .

   NOTICE is hereby given of the following:

   1. Any creditor receiving this notice is hereby notified that the above−captioned debtor filed a bankruptcy proceeding on February 16, 2010 .

   2. Said creditors are hereby given through and including July 6, 2010 , for filing a complaint objecting to the discharge of the debtor or for filing a complaint to except debt from discharge, pursuant to 11 U.S.C. §523(c).

   3. At this time, the debtor(s) schedules indicate no assets exist from which to receive a dividend. In the event assets are found to exist at a later date, you will be notified to file a claim.

   4. If a discharge has already been entered, and no action is taken on your part by the deadline established above, the discharge will prevail.

      DATED on June 1, 2010 .

                              FOR THE COURT
                              Lee Ann Bennett, Clerk of Court
                              135 West Central Boulevard Suite 950
                              Orlando, FL 32801