[6237ord1] [ORDER APPROVING]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                Case No. 6:10–bk–02275–ABB
                                                                      Chapter 7

Solomon Michael Rubin
aka Mike Rubin
9103 Integra Meadows Drive
Apt. 106
Davenport, FL 33896

Kelli Leigh Carr
1516 Farrindon Circle
Heathrow, FL 32746


_____Debtor(s)_____/


ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION

It appearing to the Court that Gene T Chambers, trustee in the above entitled case has filed a final report of no distribution and that said trustee has performed all other required duties in the administration of this estate.. Accordingly it is:

ORDERED:

1. The report of the trustee is hereby approved and that the estate is closed.

2. The trustee is discharged and relieved of her/his trust.

3. All deficient pleadings that have not been cured are considered moot.

DONE AND ORDERED on July 16, 2010 .

_____
Arthur B. Briskman
United States Bankruptcy Judge